**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ANIBAL ARROYO,**

|  |  |
|---|---|
| **Plaintiff,** | **1:21-cv-1250** |
| | **(GLS/DJS)** |
| **v.** | |
| **JANET YELEN et al.,** | |
| **Defendants.** | |

APPEARANCES:                           OF COUNSEL:

**FOR THE PLAINTIFF:**
ANIBAL ARROYO
Pro Se
19-A-4132
Shawangunk Correctional Facility
P.O. Box 700
Walkill, NY 12589

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed January 21, 2022 (Dkt. No. 10.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the

---

[1] Plaintiff filed a letter stating, among other things, "I object for reasons I comply with Rules." (Dkt. No. 11.)  To the extent that the document can be construed as objections to the

Case 1:21-cv-01250-GLS-DJS   Document 12   Filed 03/29/22   Page 2 of 2

R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 10) is

**ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 3) is

**DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in

accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 29, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge

---

R&R, it lacks any argument whatsoever and triggers error for clear error review only. *See Almonte v. N.Y. State Div. Of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006).

2